UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005<br><br>      **Plaintiff,**<br><br>      v.<br><br>**THREE SUMS TOTALING $1,207,035.31**<br>**IN SEIZED UNITED STATES CURRENCY**<br><br>      **Defendants** *in rem.* | Case No. 16-cv-00064 |

## APPLICATION FOR WARRANT FOR ARREST *IN REM*

Plaintiff, United States of America, by and through its undersigned attorneys, respectfully requests that the Clerk of Court issue the attached warrant of arrest *in rem*, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On January 13, 2016, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case. The complaint seeks the forfeiture of the defendant monies, three sums totaling $1,207,035.31 in seized United States currency.

2. The property described in paragraph 1 is within the possession, custody, or control of the United States because it has been seized by the Drug Enforcement Administration and placed within accounts held by the United States Marshals Service, and it is not subject to a judicial restraining order.

3. Supplemental Rule G(3)(b)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control and is not subject to a judicial restraining order."

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issued the attached warrant of arrest *in rem*.

DATED this 13th day of January 2016.

        Respectfully submitted,

        M. KENDALL DAY
        Chief
        Asset Forfeiture and Money Laundering Section

By:       /s/
        ANDREA DUVALL, AR Bar No. 2013114
        JOSEPH PALAZZO, MA Bar No. 669666
        Trial Attorneys
        US Department of Justice, Criminal Division
        1400 New York Avenue, NW - 10th Floor
        Washington, DC 20005
        (202) 514-1263
        andrea.duvall@usdoj.gov
        joseph.palazzo@usdoj.gov