AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-64 |
| THREE SUMS TOTALING $1,207,035.31 ) IN SEIZ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
**Kassim Tajideen, International CrossTrade Company Limited, Grupo Arosfran Empreendimentos E Participacoes SARL, and Ovlas Trading SA**.

Date: 2/29/16

_____
*Attorney's signature*

DAVID BOWKER - DC 989309
*Printed name and bar number*

1875 Pennsylvania Avenue
Washington, DC 20006
*Address*

David.Bowker@wilmerhale.com
*E-mail address*

(202) 663-6558
*Telephone number*

(202) 663-6363
*FAX number*