**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **c/o UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE, 1400 NEW YORK AVENUE,** | ) | |
| **N.W., 10TH FLOOR, WASHINGTON,** | ) | |
| **D.C. 20005** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 16-cv-64  (RBW)** |
| | ) | |
| **THREE SUMS TOTALING $1,207,035.31** | ) | |
| **IN SEIZED UNITED STATES CURRENCY** | ) | |
| | ) | |
| **Defendants *in rem*.** | ) | |

**KASSIM TAJIDEEN'S VERIFIED CLAIM AND**
**STATEMENT OF INTEREST IN DEFENDANT PROPERTY**

Petitioner Kassim Tajideen ("Mr. Tajideen") hereby makes this formal claim and asserts his interest in the following defendant property (hereinafter collectively referred to as "Contested Property"):

1) The entirety of the **$460,785.00** in United States currency, plus interest, formerly on deposit within account number 8539237860 located at Wells Fargo, N.A. ("Wells Fargo"), seized on or about June 17, 2015.

2) The portion of funds, specifically **$619,967.20** in United States currency, plus interest, to which Mr. Tajideen has rightful title, seized on or about November 27, 2015, formerly on deposit with account number 122559 at Deutsche Bank.

For the reasons set forth below, which will be expounded more fully in this proceeding, Mr. Tajideen asserts an interest and claims the Contested Property.

## Relevant Background

1.      Mr. Tajideen is a businessman who has been wrongly identified by the U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") as a Specially Designated Global Terrorist ("SDGT") for dealings with Hezbollah.

2.      Mr. Tajideen has petitioned OFAC to remove such designation by demonstrating that OFAC's conclusion that he is a supporter of Hezbollah has no factual or legal basis.

3.      Mr. Tajideen is the owner of International CrossTrade Company Limited ("ICTC").

4.      Mr. Tajideen is the owner of both Grupo Arosfran Empreendimentos E Participacoes SARL ("Grupo Arosfran") and Ovlas Trading SA.

- 1 -

5.      Mr. Tajideen is in the process of persuading OFAC that he never provided "financial support" to the "Hizbollah terrorist organization" and that neither he nor his companies should remain Specially Designated Global Terrorists.

### Interests in the Contested Property

6.      During this proceeding, Mr. Tajideen will demonstrate his valid claims to and superior right, title and interest in the Contested Property because he is not a supporter of Hizbollah; he and his companies should not have been designated SDGTs; and the Contested Property does not constitute and is not derived from proceeds of a violation of the Internal Emergency Economic Powers Act ("IEEPA") or the proceeds of a violation of any other statute, and were not involved in a transaction or attempted transaction in violation of the money laundering statutes, nor traceable to such property.

7.      As such, Mr. Tajideen asserts an interest in and claims the following Contested Property.

**A.      Defendant Funds Seized From Wells Fargo**

8.      Mr. Tajideen asserts his claim to the entirety of the **$460,785.00** in United States currency, plus interest, formerly on deposit within account number 8539237860 located at Wells Fargo, seized on or about June 17, 2015.

9.      The seized funds were paid by ICTC to "Company A" (as identified in the Verified Complaint), between December 2014 and February 2015.  ICTC paid Company A for chicken leg quarter and frozen whole hens, which Company A was required to ship upon receipt of payment.

10.      Company A has refused to ship the goods required under its agreement with ICTC.

11.     ICTC has right and title to the property of the subject wire transfer, and Mr. Tajideen remains the owner of ICTC.

**B.     Funds Seized from Deutsche Bank**

12.     The Government, on or about November 27, 2015, seized $629,311.19 in United States currency, plus interest, formerly on deposit with account number 122559 at Deutsche Bank.

13.     Mr. Tajideen asserts his claim to **$619,967.20** of those funds, as described below.

14.     Specifically, as the owner of Grupo Arosfran, Mr. Tajideen asserts his claim and has right and title to the subject monies seized as part of the following wire transfers in the amounts listed:

    a.     on or about September 25, 2009, a wire transfer in the amount of $62,328.00 from an account held in the name of Grupo Arosfran at Banco Africano de Investimentos in Luanda, Angola, intended for an account held by Arcor SAIC at Deutsche Bank in Frankfurt, Germany;

    b.     on or about September 25, 2009, a wire transfer in the amount of $40,590.00, from an account held in the name of Grupo Arosfran at Banco Africano de Investimentos in Luanda, Angola, intended for an account held by Arcor SAIC at Deutsche Bank in Frankfurt, Germany;

    c.     on or about September 30, 2009, a wire transfer in the amount of $18,424.20 from an account in the name of OIC Services, Inc.,

- 3 -

held at Sterling Bank in Houston, Texas, intended for an account held in the name of Grupo Arosfran, a company owned, controlled, and for the benefit of Tajideen, at Banco de Fomento SARL in Luanda, Angola;

d.     on or about October 5, 2009, a wire transfer in the amount of $489,665.00 from an account held in the name of Grupo Arosfran, at Banco Africano de Investimentos in Luanda, Angola, intended for an account held by Arcor SAIC at Deutsche Bank in Frankfurt, Germany;

e.     on or about November 17, 2009, a wire transfer in the amount of $100.00 from an account held in the name of Grupo Arosfran, at Banco de Fomento SARL in Luanda, Angola, intended for an account at Banco Santander in Sao Paulo, Brazil; and

f.     on or about June 10, 2010, a wire transfer in the amount of $8,850.00 from an account held by Grupo Arosfran, at Banco de Fomento SARL in Luanda, Angola, intended for payment to an account in the name of Bokomo Foods Pty Ltd held at ABSA Bank Ltd. in Johannesburg, South Africa.

15.     Mr. Tajideen does not own or control Congo Futur, and therefore Tajideen specifically does *not* assert a claim in the **$12,900** wire transfer, seized on or about November 3, 2010, from an account held in the name of AUFS at Standard Bank RDC SARL in Kinshasa,

DRC, intended for an account in the name of Congo Futur at Banque Internationale Pour

L'Afrique in Kinshasa, DRC.[1]

*       *       *       *       *

16.     For the reasons stated above, Mr. Tajideen asserts an interest and claims

the Contested Property.


Dated:  March 7, 2016.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**
By: /s David Bowker

David Bowker (D.C. Bar # 989309)
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6558
Facsimile: (202) 663-6363
David.Bowker@wilmerhale.com

*Attorney for Claimants Kassim Tajideen, International CrossTrade Company Limited, Grupo Arosfran Empreendimentos E Participacoes SARL, and Ovlas Trading SA*

---

[1]  Congo Futur is controlled by Mr. Tajideen's brother, Ahmed Tajideen.  Mr. (Kassim) Tajideen has no interest in that company.  Indeed, OFAC's erroneous conflation of the Tajideen brothers—Kassim, Ahmed, and Husayn—and the companies that they own is a source of OFAC's improper designation of Mr. Tajideen as a SDGT.  For those same reasons, and because Husayn Tajideen, not Mr. (Kassim) Tajideen, is the owner of Tajco, which had property seized from HSBC Bank USA, N.A., Mr. (Kassim) Tajideen specifically does *not* assert a claim or interest in the property described in the Verified Complaint at ¶¶ 4(b), 39(a)-(c).

**VERIFICATION**

I, Mr. Kassim Tajideen, verify under penalty of perjury under the laws of the United States of America that the foregoing Claim of Interest is true and accurate to the best of my knowledge.

Executed this 15 day of February 2016.

_____
Mr. Kassim Tajideen