**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 16-cv-64 (RBW)** |
| **THREE SUMS TOTALING $1,207,035.31<br>IN SEIZED UNITED STATES CURRENCY** | ) | |
| **Defendants *in rem.*** | ) | |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties move jointly, pursuant to Local Rule 7 and Rule 10 of Your Honor's Individual Rules, to stay the proceedings pending the resolution of parallel criminal proceedings recently initiated by the United States of America against Claimant Kassim Tajideen before the United States District Court for the District of Columbia, *United States v. Kassim Tajideen*, Criminal No. 17-00046. Given the issues in common in the two proceedings, the parties believe that the criminal case should be resolved before this civil case proceeds further and that this sequencing will be a more efficient use of this Court's and the parties' time and resources.

Dated: May 22, 2017.

Respectfully submitted,

**DEBORAH CONNOR**
Acting Chief
Money Laundering and Asset Recovery Section
By: /s/ Joseph Palazzo

ANDREA DUVALL, AR Bar No. 2013114
JOSEPH PALAZZO, MA Bar No. 669666
Trial Attorneys
US Department of Justice, Criminal Division
1400 New York Avenue, NW - 10th Floor
Washington, DC 20005
(202) 514-1263
andrea.duvall@usdoj.gov
joseph.palazzo@usdoj.gov

**WILMER CUTLER PICKERING HALE AND DORR LLP**
By: /s/ David Bowker

David Bowker (D.C. Bar # 989309)
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6558
Facsimile: (202) 663-6363
David.Bowker@wilmerhale.com

***Attorney for Claimants Kassim Tajideen, International CrossTrade Company Limited, Grupo Arosfran Empreendimentos E Participacoes SARL, and Ovlas Trading SA***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 16-cv-64 (RBW)** |
| **THREE SUMS TOTALING $1,207,035.31<br>IN SEIZED UNITED STATES CURRENCY** | ) | |
| **Defendants *in rem.*** | ) | |

[Proposed] **ORDER**

The parties' joint motion to stay the proceedings is GRANTED, pending resolution of parallel criminal proceedings, until further notice.

______________________________
The Honorable Reggie B. Walton
U.S. District Court